UNITED STATES FEDERAL DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAR 08 2006
Property of U.S. District Court
District of Rhode Island

**Bryn Thomas**,
Plaintiff,

vs. CA 06-64 S

**Team One Mortgage, LLC,** and
**Jack Sommer,**
Defendants.

---

**Rule 41(a)(1) Dismissal Stipulation**

Now comes the Plaintiff, Bryn Thomas, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and no defendant having filed an Answer or Motion for Summary Judgment, she hereby dismisses this action as to both defendants with prejudice.

The Plaintiff,
by her Attorney,

John T. Longo, Esq./#4928
681 Smith Street, Suite 201
Providence, RI 02908
(401) 272-2177
Fax (401) 274-5433
jtlongo@yahoo.com

Enter
WmS
3/9/06